NETCHOICE,

      *Plaintiff*,

      v.

JASON S. MIYARES, in his official capacity
as Attorney General of the Commonwealth of
Virginia,

      *Defendant*.

Case No. 1:25-cv-02067

## MOTION FOR PRELIMINARY INJUNCTION

Plaintiff NetChoice, LLC ("NetChoice"), by and through its attorneys, files this Motion for Preliminary Injunction against Jason Miyares, in his official capacity as Attorney General of Virginia, pursuant to Federal Rule of Civil Procedure 65(a). NetChoice respectfully asks that this Court issue a decision before January 31, 2026. While SB 854 takes effect on January 1, 2026, the law requires Attorney General Miyares to provide NetChoice members with notice and a 30-day opportunity to cure before bringing an enforcement action. *See* Va. Code §59.1-584(A). So the earliest the Attorney General can bring an enforcement action is January 31, 2026.

NetChoice states as follows:

1.      On November 17, 2025, NetChoice filed a Complaint, which is incorporated fully herein. *See* ECF No. 1.

2.      As set forth in the Complaint, this case involves a constitutional challenge to S.B. 854, which is set to take effect on January 1, 2026. S.B. 854 purports to protect minors from alleged harmful effects of "social media" by requiring "social media platforms" to limit minors

from accessing more than one hour of social media per website unless the website obtains verifiable parental consent to adjust that time limit.

3.     NetChoice submits a Memorandum in Support of the Motion for Preliminary Injunction, which is incorporated by reference.  For the reasons set forth in that memorandum, NetChoice satisfies the four factors for granting a preliminary injunction against enforcement of S.B. 854. *WV Ass'n of Club Owners & Fraternal Servs., Inc. v. Musgrave*, 553 F.3d 292, 298 (4th Cir. 2009).

4.     NetChoice submits the following exhibits in support of the Motion for Preliminary Injunction, which are incorporated by reference:

    a.    Declaration of Bartlett Cleland, General Counsel and Director of Strategy Initiatives of Plaintiff NetChoice.

    b.    Declaration of Josh Blumenfeld, Senior Manager of Government Affairs and Public Policy for the Americas at YouTube.

    c.    Declaration of Denise Paolucci, Co-owner of Dreamwidth Studios, LLC, and former Head of the Dreamwidth Trust and Safety Team.

    d.    Declaration of Stacie D. Rumenap, President of Stop Child Predators, a 501(c)(3) nonprofit organization founded to combat the sexual exploitation of children and protect the rights of crime victims nationwide.

WHEREFORE, NetChoice respectfully requests that the Court grant its Motion for Preliminary Injunction, enter an Order preliminarily enjoining Attorney General Miyares, as well as all officers, agents, and employees subject to his supervision, direction, or control, from enforcing or otherwise bringing suit against NetChoice and its members under S.B. 854 pending a decision on the merits of Plaintiff's claims.

Date: November 21, 2025                    Respectfully submitted,

                                           /s/Craig Reilly
Paul D. Clement* (Virginia Bar #37915)     Craig Crandall Reilly (Virginia Bar #20942)
Erin E. Murphy** (Virginia Bar #73254)     LAW OFFICE OF CRAIG C. REILLY
James Y. Xi* (D.C. Bar #1617537)           429 North Saint Asaph Street
Barrett L. Anderson* (Texas Bar #24132531) Suite 501
CLEMENT & MURPHY, PLLC                      Alexandria, VA 22314
706 Duke Street                            (703) 549-5355
Alexandria, VA 22314                        Fax: (703) 549-5355
(202) 742-8900                             craig.reilly@ccreillylaw.com
paul.clement@clementmurphy.com
erin.murphy@clementmurphy.com
james.xi@clementmurphy.com
barrett.anderson@clementmurphy.com

**application for admission forthcoming
*pro hac vice forthcoming

*Counsel for Plaintiff NetChoice*