UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| NETCHOICE,<br><br>    *Plaintiff*,<br><br>v.<br><br>JAY JONES, in his official capacity as Attorney General of the Commonwealth of Virginia,<br><br>    *Defendant*. | Case No. 1:25-cv-02067-PTG-LRV |

## ORDER

THIS MATTER is before the Court on the consent motion (Doc. 44) filed by Plaintiff, NetChoice, LLC ("NetChoice"), for entry of an order deferring further briefing on the motion to dismiss filed by Defendant (Dkt. 40) until after the Court has ruled on the pending motion for a preliminary injunction filed by NetChoice (Dkt. 4). Upon consideration of the motion, the consent of the Defendant, and it otherwise appearing proper to do so, it is hereby

ORDERED that the motion is GRANTED and further briefing on the motion to dismiss is deferred until after the Court has ruled on the pending motion for a preliminary injunction.

Entered this 4th day of February, 2026.
Alexandria, Virginia

                                                          /s/
                                    Patricia Tolliver Giles
                                    United States District Judge