IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

NETCHOICE,                                          )
                                                    )
      *Plaintiff,*                            )
                                                    )
      v.                                       )     Case No. 1:25-cv-2067 (PTG/LRV)
                                                    )
JAY JONES, in his official capacity as              )
Attorney General of the Commonwealth of             )
Virginia,                                           )
                                                    )
      *Defendant.*                            )
                                                    )

## ORDER

This matter comes before the Court on Plaintiff NetChoice's Motion for Preliminary Injunction ("Motion"). Dkt. 4. For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's Motion for Preliminary Injunction (Dkt. 4) is **GRANTED**; and it is further

**ORDERED** that Attorney General Jay Jones, as well as all officers, agents, and employees subject to his supervision, direction, or control, are hereby **ENJOINED** from enforcing SB 854 against any NetChoice member by any means, including by bringing a lawsuit for violation of Virginia Code §59.1-577.1(B).

Entered this _27_ day of February, 2026.
Alexandria, Virginia

_____
Patricia Tolliver Giles
United States District Judge