IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NETCHOICE,<br><br>*Plaintiff*,<br><br>v.<br><br>JAY JONES, in his official capacity as Attorney General of the Commonwealth of Virginia,<br><br>*Defendant*. | Civil Action No. 1:25-cv-02067 |

# NOTICE OF APPEAL

Notice is hereby given that Defendant Jay Jones, in his official capacity as Attorney General of the Commonwealth of Virginia, appeals to the United States Court of Appeals for the Fourth Circuit from the Memorandum Opinion & Order, Dkt. Nos. 50 & 51, issued by the Honorable Patricia T. Giles on February 27, 2026. Jurisdiction in this Court is proper under 28 U.S.C. § 1292(a)(1). This appeal is timely filed. Fed. R. App. P. 4(a)(1)(A) (appeal must be filed within 30 days of the entry of the order appealed from).

1

| | |
|---|---|
| Dated: March 3, 2026 | Respectfully submitted, |
| | **JAY JONES, in his official capacity as Attorney General of the Commonwealth of Virginia** |
| | */s/ Benjamin L. Hatch* |
| Tillman J. Breckenridge | Benjamin L. Hatch (VSB No. 70116) |
| (VSB No. 84657) | MCGUIREWOODS LLP |
| SOLICITOR GENERAL OF VIRGINIA | World Trade Center |
| OFFICE OF THE ATTORNEY GENERAL | 101 West Main Street |
| 202 North 9th Street | Suite 9000 |
| Richmond, VA 23219 | Norfolk, Virginia 23510 |
| T: 804.786.7704 | T: 757.640.3727 |
| solicitorgeneral@oag.state.va.us | F: 757.640.3947 |
| | bhatch@mcguirewoods.com |
| Triston Chase O'Savio | |
| (VSB No. 100111) | Erin B. Ashwell (VSB No. 79538) |
| OFFICE OF THE ATTORNEY GENERAL | John D. Adams (VSB No. 65203) |
| 202 North 9th Street | MCGUIREWOODS LLP |
| Richmond, VA 23219 | Gateway Plaza |
| T: 804.845.4898 | 800 East Canal Street |
| tosavio@oag.state.va.us | Richmond, VA 23219 |
| | T: 804.775.1002 |
| | F: 804.698.2002 |
| | eashwell@mcguirewoods.com |
| | jadams@mcguirewoods.com |

## **CERTIFICATE OF SERVICE**

I certify that on this 3rd day of March, 2026, the foregoing Notice of Appeal was filed with the Clerk of the Court using the CM/ECF system, which will electronically serve all registered counsel of record via Notice of Electronic Filing.

*/s/ Benjamin L. Hatch*
Benjamin L. Hatch (VSB No. 70116)