# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

NetChoice

(Plaintiff)

v.

Jay Jones

(Defendant)

) Civil Action No. 1:25-cv-02067-PTG
)
)
) **NOTICE OF WAIVER**
) **OF ORAL ARGUMENT**

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 7, Jay Jones, in his official capacity as Attorney General of the Commonwealth of Virginia, who is the Defendant, hereby waives oral argument on Motion to Stay Preliminary Injunction Pending Appeal (Dkt. 56), & Motion for Expedited Briefing on Motion to Stay (Dkt. 57)

*/s/ Benjamin L. Hatch*
Benjamin L. Hatch
MCGUIREWOODS LLP
World Trade Center
101 West Main Street
Suite 9000
Norfolk, Virginia 23510
T: 757.640.3727
bhatch@mcguirewoods.com