**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| NETCHOICE,<br><br>       *Plaintiff*,<br><br>v.<br><br>JAY JONES, in his official capacity as Attorney General of the Commonwealth of Virginia,<br><br>       *Defendant*. | Civil Action No. 1:25-cv-02067 |

## <u>DEFENDANT'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS</u>

NOW COMES Defendant Jay Jones, in his official capacity as Attorney General of the Commonwealth of Virginia ("Defendant"), by counsel, and files this Notice of Withdrawal of his Motion to Dismiss Plaintiff NetChoice's Complaint (Dkt. 40).

The Commonwealth has an important interest in enforcing SB 854, the statute that is the subject of this litigation. Defendant is withdrawing the Motion to Dismiss to enable discovery to begin and the case to proceed expeditiously to a final resolution on the merits. Defendant has appealed this Court's February 27, 2026 Order preliminarily enjoining SB 854 (Dkt. 51) to the United States Court of Appeals for the Fourth Circuit; Defendant intends to pursue that interlocutory appeal in parallel with further proceedings before this Court.

By withdrawing the Motion to Dismiss, Defendant does not waive any arguments made therein and reserves the right to raise those arguments at a later stage of the proceedings. The legal grounds that Defendant raised in his Motion to Dismiss are raised as defenses in Defendant's

1

Answer and Affirmative Defenses to NetChoice's Complaint, which Defendant is filing concurrently with this Notice.

Dated: May 14, 2026

Respectfully submitted,

**JAY JONES, in his official capacity as Attorney General of the Commonwealth of Virginia**

Tillman J. Breckenridge
SOLICITOR GENERAL
OFFICE OF THE ATTORNEY GENERAL

Triston Chase O'Savio (VSB. 100111)
OFFICE OF THE ATTORNEY GENERAL
202 North 9th Street
Richmond, VA 23219
T: 804.845.4898
tosavio@oag.state.va.us

*/s/ Benjamin L. Hatch*
Benjamin L. Hatch (VSB No. 70116)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street
Suite 9000
Norfolk, Virginia 23510
T: 757.640.3727
F: 757.640.3947
bhatch@mcguirewoods.com

Erin B. Ashwell (VSB No. 79538)
John D. Adams (VSB No. 65203)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA  23219
T: 804.775.1002
F: 804.698.2002
eashwell@mcguirewoods.com
jadams@mcguirewoods.com

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on this 14th day of May, 2026, a true and correct copy of the foregoing was served on all registered counsel of record via Notice of Electronic Filing through the Court's CM/ECF system.

*/s/ Benjamin L. Hatch*
Benjamin L. Hatch (VSB No. 70116)