UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| NETCHOICE,<br><br>*Plaintiff*,<br><br>v.<br><br>JAY JONES, in his official capacity as Attorney General of the Commonwealth of Virginia,<br><br>*Defendant*. | Case No. 1:25-cv-02067-PTG-LRV |

**PLAINTIFF'S MOTION TO STAY DISTRICT COURT PROCEEDINGS PENDING APPEAL OF THE PRELIMINARY INJUNCTION ORDER**

Pursuant to the inherent power of the Court to control the disposition of matters on its docket, Plaintiff NetChoice moves the Court to stay proceedings during the pendency of Defendant's interlocutory appeal, Dkt.52, from the Court's preliminary injunction order, Dkt.51. For reasons of judicial economy and prejudice to NetChoice, as explained with particularity in the accompanying brief, the Court should exercise its discretion to stay the district court proceedings pending Virginia's interlocutory appeal. A proposed order is submitted herewith.

***Certification:*** Pursuant to Local Civil Rule 7(E), NetChoice certifies that prior to filing this motion it met and conferred with counsel for Virginia in a good faith to narrow the areas of dispute and possibly to obviate the need for this motion. Those efforts were unsuccessful.

Date: May 19, 2026.

Respectfully submitted,

*/s/ Erin E. Murphy*
Erin E. Murphy (Virginia State Bar #73254)
James Y. Xi (*pro hac vice*)
Barrett L. Anderson (*pro hac vice*)
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
erin.murphy@clementmurphy.com
james.xi@clementmurphy.com
barrett.anderson@clementmurphy.com

Craig C. Reilly (Virginia State Bar #20942)
LAW OFFICE OF CRAIG C. REILLY
429 North Saint Asaph Street
Alexandria, VA 22314
(703) 549-5355
Fax: (703) 549-5355
craig.reilly@ccreillylaw.com

*Counsel for Plaintiff NetChoice*