**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| NETCHOICE,<br><br>     *Plaintiff,*<br><br>v.<br><br>JAY JONES, in his official capacity as<br>Attorney General of the Commonwealth of<br>Virginia,<br><br>     *Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-2067 (PTG/LRV) |

## ORDER

This matter is before the Court on Plaintiff's motion to stay. Dkt. 67. The motion is scheduled for hearing on June 4, 2026, at 10:00 a.m. The Court has determined that oral argument will not aid its decisional process, and it will instead resolve the motion on the papers. *See* Fed. R. Civ. P. 78(b); E.D. Va. Loc. Civ. R. 7(J). Accordingly, it is hereby

**ORDERED** that the June 4, 2026 hearing is **TERMINATED**.

Entered this 2nd day of June, 2026.
Alexandria, Virginia

_____ /s/
Patricia Tolliver Giles
United States District Judge