**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

NETCHOICE,

*Plaintiff*,

v.

JAY JONES, in his official capacity as Attorney General of the Commonwealth of Virginia,

*Defendant.*

Civil Action No. 1:25-cv-02067-PTG-LRV

**NOTICE OF CONTINUING NEGOTIATIONS**

PURSUANT TO the *Joint Report of Rule 26(f) Conference and Joint Discovery Plan*, § V.D., the Parties advised the Court of their expectation of either concluding negotiations regarding a stipulated protective order or, failing agreement, of filing a motion for entry of a protective order (Dkt. 75 at 6). The Court's *Rule 16(b) Scheduling Order*, ¶ 7, adopted the Parties' proposal (Dkt. 77 at 2). The Parties now advise the Court that they have had productive negotiations, including exchanges of drafts and redlined edits, that they believe will result in a negotiated stipulated protective order that they will submit to the Court for entry. However, these negotiations have taken longer than originally forecast, and the Parties now expect to conclude their negotiations tomorrow, June 25, 2026. This slight delay in negotiation of a stipulated protective order will not materially impede the progress of discovery in this action.

Dated: June 24, 2026.

/s/Craig C. Reilly
Craig Crandall Reilly (Virginia Bar #20942)
LAW OFFICE OF CRAIG C. REILLY
429 North Saint Asaph Street
Alexandria, VA 22314
(703) 549-5355
Fax: (703) 549-5355
craig.reilly@ccreillylaw.com

Erin E. Murphy (Virginia Bar #73254)
James Y. Xi (*pro hac vice*)
Barrett L. Anderson (*pro hac vice*)
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
erin.murphy@clementmurphy.com
james.xi@clementmurphy.com
barrett.anderson@clementmurphy.com

*Counsel for Plaintiff NetChoice*

Triston Chase O'Savio (VSB. 100111)
OFFICE OF THE ATTORNEY GENERAL
202 North 9th Street
Richmond, VA 23219
T: 804.845.4898
tosavio@oag.state.va.us

/s/ Erin B. Ashwell
Benjamin L. Hatch (VSB No. 70116)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street
Suite 9000
Norfolk, Virginia 23510
T: 757.640.3727
F: 757.640.3947
bhatch@mcguirewoods.com

Erin B. Ashwell (VSB No. 79538)
John D. Adams (VSB No. 65203)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
T: 804.775.1002
F: 804.698.2002
eashwell@mcguirewoods.com
jadams@mcguirewoods.com

*Counsel for Defendant Jay Jones, in his official capacity as Attorney General of the Commonwealth of Virginia*