**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| NETCHOICE,<br><br>*Plaintiff*,<br><br>v.<br><br>JAY JONES, in his official capacity as Attorney General of the Commonwealth of Virginia,<br><br>*Defendant.* | Civil Action No. 1:25-cv-02067 |

**ATTORNEY GENERAL'S CONSENT MOTION FOR HEARING BY VIDEOCONFERENCE**

Defendant Jay Jones, in his official capacity as Attorney General of the Commonwealth of Virginia (the "Attorney General"), by counsel, respectfully submits this Consent Motion (the "Motion") requesting that the Court hold the July 17, 2026 hearing on the Attorney General's Motion to Compel (Dkt. 85) by videoconference. The Attorney General has conferred with NetChoice, and NetChoice consents to this Motion. Given that the Motion is filed by consent, no oral argument is requested.

For the reasons stated in the contemporaneously filed brief in support of the Motion, the Attorney General asks the Court to hold the July 17, 2026, hearing by videoconference. A proposed order is attached.

Dated: July 14th, 2026

Respectfully submitted,

JAY JONES, in his official capacity as
Attorney General of the Commonwealth of Virginia

Tillman J. Breckenridge
SOLICITOR GENERAL
OFFICE OF THE ATTORNEY GENERAL

Triston Chase O'Savio (VSB. 100111)
OFFICE OF THE ATTORNEY GENERAL
202 North 9th Street
Richmond, VA 23219
T: 804.845.4898
tosavio@oag.state.va.us

*/s/ Erin B. Ashwell*
Erin B. Ashwell (VSB No. 79538)
John D. Adams (VSB No. 65203)
John J. Woolard (VSB No. 92612)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
T: 804.775.1002
F: 804.698.2002
eashwell@mcguirewoods.com
jadams@mcguirewoods.com
jwoolard@mcguirewoods.com

Benjamin L. Hatch (VSB No. 70116)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street
Suite 9000
Norfolk, VA 23510
T: 757.640.3727
F: 757.640.3947
bhatch@mcguirewoods.com

**CERTIFICATE OF SERVICE**

I certify that on this 14th day of July, 2026, a true and correct copy of the foregoing was served on all registered counsel of record via Notice of Electronic Filing through the Court's CM/ECF system.

*/s/ Erin B. Ashwell*
Erin B. Ashwell (VSB No. 79538)