IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

NETCHOICE,

       *Plaintiff,*

v.

JAY JONES, in his official capacity as
Attorney General of the Commonwealth of
Virginia,

       *Defendant.*

Civil Action No. 1:25-cv-02067

## ORDER

This matter is before the Court on Defendant's Consent Motion to hold the July 17, 2026

hearing on Defendant's Motion to Compel (Dkt. 85) by videoconference or telephone. The

Consent Motion is DENIED.

ENTERED this 15th day of July 2026.

Alexandria, Virginia

                    /s/ _LRV_
                    Lindsey Robinson Vaala
                    United States Magistrate Judge