**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |
|---|---|
| NETCHOICE, <br><br> *Plaintiff*, <br><br> v. <br><br> JAY JONES, in his official capacity as Attorney General of the Commonwealth of Virginia, <br><br> *Defendant*. | Case No. 1:25-cv-02067-PTG-LRV |

## NOTICE OF INTENT TO SERVE THIRD-PARTY SUBPOENA

Pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedure, notice is herby given

that the undersigned, for and on behalf of Jay Jones, in his official capacity as Attorney General

of the Commonwealth of Virginia, will serve the subpoena attached hereto on:

Snapchat LLC
c/o Corporation Service Company
100 Shockoe Slip, Fl. 2
Richmond, VA 23219

Dated: July 15, 2026

Respectfully submitted,

*/s/ Joelle E. Gotwals*
Joelle E. Gotwals
Office of the Attorney General of Virginia
202 N 9th Street
Richmond, VA 23219
Telephone: (804) 786-8789
Facsimile: (804) 786-0122
jgotwals@oag.state.va.us

*Counsel for Defendant Jay Jones, in his official capacity as Attorney General of the Commonwealth of Virginia*

## CERTIFICATE OF SERVICE

I certify that on the 15th day of July, 2026, I served the foregoing on all counsel of record in this case by email.


*/s/ Joelle E. Gotwals*
Joelle E. Gotwals