UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| NETCHOICE,<br><br>    *Plaintiff*,<br><br>    v.<br><br>JAY JONES, in his official capacity as<br>Attorney General of the Commonwealth of<br>Virginia,<br><br>    *Defendant*. | Case No. 1:25-cv-02067-PTG-LRV |

## ORDER

This matter is before the Court on the Parties' Joint Motion to Extend the Discovery Schedule (Dkt. No. 94) (the "Motion"). The Court addressed the Motion during a hearing on July 17, 2026. For the reasons discussed at the hearing, it is hereby

**ORDERED** that the Motion is **GRANTED IN PART**. The Court's Rule 16(b) Scheduling Order, ECF 77, is modified as follows:

- All discovery shall be concluded by **November 13, 2026**.

- The parties shall substantially complete document productions by **September 16, 2026**. As set forth in the Court's Rule 16(b) Order, privilege logs are due ten (10) days after a document production.

- Defendant shall identify expert witnesses and provide required reports by such witnesses on or before **October 5, 2026**.

- Plaintiff's rebuttal expert disclosures, if any, are due on or before **October 20, 2026**.

- The final pretrial conference shall be held on **November 18, 2026** before the District Judge.

**ENTERED** this 17th day of July 2026.

Alexandria, Virginia

_____/s/_____
Lindsey Robinson Vaala
United States Magistrate Judge