# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

|  |  |
|---|---|
| NETCHOICE, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Case No. 1:25-cv-2067-PTG-LRV |
|  | ) |
| JAY JONES, in his official capacity as | ) |
| Attorney General of the Commonwealth of | ) |
| Virginia, | ) |
|  | ) |
| Defendant. | ) |
| _____ | ) |

## ORDER

This matter comes before the Court on Defendant's Motion to Compel (Dkt. No. 85) (the "Motion"). On July 17, 2026 the Court held a hearing on the Motion at which counsel for the parties appeared and presented argument. For the reasons stated from the bench, and in accord with the specific rulings and instructions thereto, it is hereby

**ORDERED** that the Motion (Dkt. No. 85) is **GRANTED IN PART**. The Motion is **GRANTED** with respect to Plaintiff's obligation to produce documents responsive to Defendant's Requests For Production ("RFP") Nos. 14 and 15, which are **REVISED** as follows, with the relevant time period being January 1, 2025 to November 17, 2025:

- *RFP No. 14: All studies, reports, presentations, analyses, and/or articles in your possession relating to harmful effects of social media on the mental or physical health of children below the age of 16.*

- *RFP No. 15: All studies, reports, presentations, analyses, and/or articles in your possession regarding whether social media is addictive for children under the age*

*of 16.*

The Motion is **DENIED** with respect to compelling the production of documents responsive to Defendant's RFP No. 16 and is **DENIED** with respect to Defendant's request to deem waived NetChoice's objections to Defendant's Requests for Production. It is further

    **ORDERED** that NetChoice shall begin its rolling document productions the week of July 27, 2026. In a separate order, the Court modified the discovery deadlines in this matter and ordered that the parties shall substantially complete document productions by September 16, 2026. (*See* Dkt. No. 98.)

 

                                                  /s/ _____

Lindsey Robinson Vaala

United States Magistrate Judge

**ENTERED** this 17th day of July, 2026.

Alexandria, Virginia

2