**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| NETCHOICE,<br><br>*Plaintiff*,<br><br>v.<br><br>JAY JONES, in his official capacity as Attorney General of the Commonwealth of Virginia,<br><br>*Defendant*. | Case No. 1:25-cv-02067-PTG-LRV |

**NOTICE OF INTENT TO SERVE THIRD-PARTY SUBPOENAS**

Pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedure, notice is herby given that the undersigned, for and on behalf of Jay Jones, in his official capacity as Attorney General of the Commonwealth of Virginia, will serve the subpoenas attached hereto on:

| | |
|---|---|
| Automattic Inc.<br>c/o CT Corporation System<br>330 N. Brand Blvd., Suite 700<br>Glendale, CA 91203 | Reddit, Inc.<br>c/o Corporation Service Company<br>100 Shockoe Slip, Fl. 2<br>Richmond, VA 23219 |
| Discord Inc.<br>c/o CT Corporation System<br>4701 Cox Rd., Ste. 285<br>Glen Allen, VA 23060 | Pinterest, Inc.<br>c/o CT Corporation System<br>4701 Cox Rd., Ste. 285<br>Glen Allen, VA 23060 |
| Dreamwidth Studios, LLC<br>c/o Registered Agent<br>6131 N Charles St.<br>Baltimore, MD 21212 | TikTok Inc.<br>c/o Corporation Service Company<br>100 Shockoe Slip, Fl. 2<br>Richmond, VA 23219 |
| Google LLC<br>c/o Corporation Service Company<br>100 Shockoe Slip, Fl. 2<br>Richmond, VA 23219 | Tumblr, Inc.<br>c/o CT Corporation System<br>4701 Cox Rd., Ste. 285<br>Glen Allen, VA 23060 |

| | |
|---|---|
| Meta Platforms, Inc.<br>c/o Corporation Service Company<br>100 Shockoe Slip, Fl. 2<br>Richmond, VA 23219 | X Corp.<br>c/o United Agent Group Inc.<br>425 W. Washington St., Ste. 4<br>Suffolk, VA 23434 |

Dated: July 30, 2026

Respectfully submitted,

*/s/ Joelle Gotwals*

Joelle Gotwals
Office of the Attorney General of Virginia
202 N 9th Street
Richmond, VA 23219
Telephone: (804) 786-8789
Facsimile: (804) 786-0122
jgotwals@oag.state.va.us

*Counsel for Defendant Jay Jones, in his official capacity as Attorney General of the Commonwealth of Virginia*

**CERTIFICATE OF SERVICE**

I certify that on the 30th day of July, 2026, I served the foregoing on all counsel of record in this case by email.

*/s/ Joelle Gotwals*
Joelle Gotwals