**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| NETCHOICE,<br><br>Plaintiff,<br><br>v.<br><br>JAY JONES, in his official capacity as Attorney General of the Commonwealth of Virginia,<br><br>Defendant. | ) | Case No. 1:25-cv-2067-PTG-LRV |

**ORDER**

This matter comes before the Court on Defendant's Second Motion to Compel (Dkt. No. 104) (the "Motion"). The Motion is fully briefed (Dkt. Nos. 105, 107, 108) and the Court held a hearing on September 11, 2026, at which counsel for all parties appeared (Dkt. No. 109). At the conclusion of the hearing, the Court took the Motion under advisement. Upon review of the Motion, all related briefing (and exhibits thereto), the arguments presented at the September 11, 2026 hearing, and the full record in this matter, it is hereby

**ORDERED** that Defendant's Motion (Dkt. No. 104) is **GRANTED IN PART and DENIED IN PART**. The Motion is **GRANTED** insofar as Plaintiff must produce a 30(b)(6) deponent to testify as to the following topics from Defendant's Second Amended Notice of Videotaped Deposition of NetChoice Under Federal Rule of Civil Procedure 30(b)(6) ("Second Amended Notice") (Dkt. No. 105-10), as amended by this Order:

- **Topic 2: The factual basis for NetChoice's assertions in the Complaint that it has standing—specifically the factual basis for the allegations and assertions in paragraphs 10 and 45–84 of the Complaint (Dkt. No. 1).**

- **Topic 15: Documents (such as studies, reports, presentations, analysis, articles, etc.) in NetChoice's possession that address physical and mental harm suffered by users (under the age of 16) due to social media**. Excluded from this Topic is the substance of email communications between NetChoice and its members unless such communications were produced by NetChoice in discovery.
- **Topic 16: Documents (such as studies, reports, presentations, analysis, articles, etc.) in NetChoice's possession addressing the addictive qualities and nature of social media.** Excluded from this Topic is the substance of email communications between NetChoice and its members unless such communications were produced by NetChoice in discovery.
- **Topic 20: Any common interest or joint defense agreement in this matter, including the date, the scope, and the parties between whom the common interest agreement exists.**

It is further

**ORDERED** that Defendant's Motion is **DENIED** with respect to Topic 18 and Topic 19 in the Second Amended Notice. The Court finds that any relevant and proportional testimony that would be elicited by Topics 18 and 19 is already covered by other Topics in Defendant's Second Amended Notice, including, for example, Topics 2 (as amended herein), 3–6, 9, 10, and 14.

**ENTERED** this 22nd day of September, 2026.

Alexandria, Virginia

/s/ LRV
Lindsey Robinson Vaala
United States Magistrate Judge